# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| REGISTER COMMUNICATIONS, INC., | : | |
| | : | CASE NO. 15-52823 |
| Debtor | . : | |

## DEBTOR'S BUSINESS MONTHLY OPERATING REPORT

for the period

from November 1, 2018 through November 30, 2018

COMES NOW the above-named Debtor and files its Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____
WESLEY J. BOYER

Debtor's address & phone number:
1691 Forsyth Street
Macon, GA 31201
(478) 745-5858

Attorney's address & phone number:
348 Cotton Avenue, Suite 200
Macon, GA  31201
(478) 742-6481

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  11/01/18  AND ENDING  11/30/18

Name of Debtor:  Register Communications, Inc.     Case Number  15-52823
Date of Petition: _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 36,285.69 (a) | 11,205.00 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 5,306.00 | 152,885.60 |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 5,306..00 | 152,885.60 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 41,591.69 | 164,090.60 |
| | | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | | 100.00 |
| C. Contract Labor | | 2,348.80 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 1,684.13 | 20,197.53 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | 1,559.27 |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | 4,100.00 | 7,225.00 |
| L. Rent | | |
| M. Repairs & Maintenance | | 5,243.01 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | 1,780.52 |
| R. Telephone | | 10,809.25 |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 4,550.00 |
| U. Utilities | | 37,708.61 |
| V. Vehicle Expenses | | 1,937.95 |
| W. Other Operating Expenses *(See MOR-3)* | | 34,823.02 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 5,784.13 | 128,282.96 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | 35,807.56 (c) | 35,807.64 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  13th  day of  December  , 2018  .
_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER RECEIPTS | _____ | _____ |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| TOTAL OTHER DISBURSEMENTS | _____ | _____ |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Register Communications. Inc.___   Case Number: 15-52823

Reporting Period beginning  **11/01/18**      Period ending  **11/30/18**

ACCOUNTS RECEIVABLE AT PETITION DATE:  underline unknown

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 35,750.60 | (a) |
| PLUS: Current Month New Billings | 5,306.00 | |
| MINUS: Collection During the Month | $ 4,614.20 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 36,442.40 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | $ _____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collect-ability, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor__Register Communications, Inc.____   Case Number: __15-52823____

Reporting Period beginning ___11/01/18____   Period ending ___11/30/18_____

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                         $_____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | $_____(a) |
| PLUS: New Indebtedness Incurred This Month | $_____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ |
| PLUS/MINUS: Adjustments | $_____* |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                           _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: <u>Register Communications, Inc.</u>      Case Number: <u>15-52823</u>

Reporting Period beginning ___<u>11/01/18</u>___      Period ending _<u>11/30/18</u>___

## INVENTORY REPORT

**NO INVENTORY**

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

_____

_____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $_____ | (a) |
| MINUS:  Depreciation Expense | $_____ | (b) |
| PLUS:  New Purchases | $_____ | |
| PLUS/MINUS: Adjustments or Write-downs | $_____ | * |
| Ending Monthly Balance | $_____ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: _Register Communications, Inc._      Case Number: _15-52823_

Reporting Period beginning _11/01/18_      Period ending _11/30/18_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _Capital City Bank_      BRANCH: _Main - Macon, GA_

ACCOUNT NAME: Register Communications, Inc_   ACCOUNT NUMBER: ▓▓▓▓0768

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 6,198.08 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 4,333.36 **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Register Communications, Inc._   Case Number:   15-52823

Reporting Period beginning  **11/01/18**     Period ending  **11/30/18**

NAME OF BANK: Capital City Bank   BRANCH:   Main – Macon, GA

ACCOUNT NAME:  Register Communications, Inc.

ACCOUNT NUMBER:   ███████0768

PURPOSE OF ACCOUNT:   OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 11/02/18 | 1088 | Hargray | Telephone | 1,084.22 |
| 11/02/18 | 1089 | American Express | FCC Fees | 4,100.00 |
| 11/14/18 | 1090 | Auto Owners | Insurance | 599.91 |
| TOTAL | | | | $    5,784.13 |

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

NO PAYROLL

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

NO PAYROLL

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

NO TAX ACCOUNT

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

NO TAX ACCOUNT

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

NO INVESTMENT ACCOUNT OR PETTY CASH

## ATTACHMENT 6

## MONTHLY TAX REPORT

NO POST PETITION TAXES ARE DUE

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Register Communications, Inc.          Case Number:  15-52823

Reporting Period beginning ___11/01/18___          Period ending ___11/30/18___

NO OFFICERS OR OWNERS RECEIVE COMPENSATION

---

### PERSONNEL REPORT

DEBTOR HAS NO EMPLOYEES

---

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

❐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

NO SIGNIFICANT DEVELOPMENTS

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

 **Capital City Bank** | **e|statement**

*Capital City Bank OnLine*
Monitoring your transactions on the go is made easy with Visa Purchase Alerts.
Receive real-time alerts when you pay with your Capital City Bank debit card.
To learn more, visit ccbg.com/purchasealerts.

REGISTER COMMUNICATIONS INC.
1691 FORSYTH ST
MACON GA 31201

Date 11/30/18          Page     1
Primary Account      XXXXXXX0768

## CHECKING ACCOUNT

| ABSOLUTELY FREE BUSINESS CKING | | Images | 8 |
|---|---|---|---|
| Account Number | XXXXXXX0768 | Statement Dates  11/01/18 thru 12/02/18 | |
| Previous Balance | 7,693.01 | Days in this Statement Period | 32 |
| 6 Deposits/Credits | 4,614.20 | Avg Ledger Balance | 5,819.72 |
| 4 Checks/Debits | 6,109.13 | Avg Collected Balance | 5,615.47 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 6,198.08 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/06 | SQUARE INC | 181106P2 | PPD | 482.35 |
| 11/07 | SQUARE INC | 181107P2 | PPD | 385.85 |
| 11/09 | DEPOSIT | | | 930.00 |
| 11/15 | DEPOSIT | | | 506.00 |
| 11/27 | DEPOSIT | | | 1,410.00 |
| 11/29 | DEPOSIT | | | 900.00 |

 **Capital City Bank**     **e|statement**

*Capital City Bank OnLine*

REGISTER COMMUNICATIONS INC.
1691 FORSYTH ST
MACON GA 31201

Date 11/30/18           Page    2
Primary Account      XXXXXXX0768

ABSOLUTELY FREE BUSINESS CKING          XXXXXXX0768   (Continued)

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 11/05 | 1087 | 325.00 | 11/13 | 1089 | 4,100.00 |
| 11/07 | 1088 | 1,084.22 | 11/21 | 1090 | 599.91 |

* Denotes missing check numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 7,693.01 | 11/09 | 8,081.99 | 11/27 | 5,298.08 |
| 11/05 | 7,368.01 | 11/13 | 3,981.99 | 11/29 | 6,198.08 |
| 11/06 | 7,850.36 | 11/15 | 4,487.99 | | |
| 11/07 | 7,151.99 | 11/21 | 3,888.08 | | |

------------END OF STATEMENT----------

REGISTER COMMUNICATIONS INC

:063100688: [redacted] 131

DEPOSIT TICKET — DATE 11/9/18 — TOTAL ITEMS 1 — $ 930.00

Deposit Date: 11/09 Amount: $930.00

REGISTER COMMUNICATIONS INC

:063100688: [redacted] 131

DEPOSIT TICKET — DATE 11/15/18 — TOTAL ITEMS 1 — $ 506.00

Deposit Date: 11/15 Amount: $506.00

REGISTER COMMUNICATIONS INC

:063100688 [redacted] 131

DEPOSIT TICKET — DATE 11/27/18 — TOTAL ITEMS 2 — $ 1410.00

Deposit Date: 11/27 Amount: $1,410.00

REGISTER COMMUNICATIONS INC

:063100688: [redacted] 131

DEPOSIT TICKET — DATE 11/29/18 — TOTAL ITEMS 1 — $ 900.00

Deposit Date: 11/29 Amount: $900.00

REGISTER COMMUNICATIONS INC — CAPITAL CITY BANK, MACON MALL OFFICE, MACON, GA, 63-68/631 — 1087

Memo: 3351552823 — Oct 30, 2018 — AMOUNT *************$325.00*

Three Hundred Twenty-Five and 0/100 Dollars

TO THE ORDER OF: U.S. TRUSTEE PAYMENT CENTER, P.O. BOX 530202, ATLANTA, GA 30353-0202

⑈001087⑈ ⑆063100688 [redacted]

Check 1087 Date: 11/05 Amount: $325.00

REGISTER COMMUNICATIONS INC — CAPITAL CITY BANK, MACON MALL OFFICE, MACON, GA, 63-68/631 — 1088

Memo: 1000555709 — Nov 2, 2018 — AMOUNT *************$1,084.22*

One Thousand Eighty-Four and 22/100 Dollars

TO THE ORDER OF: HARGRAY REMITTANCE CENTER, P.O. BOX 100116, COLUMBIA, SC 292023116

⑈001088⑈ ⑆063100688 [redacted]

Check 1088 Date: 11/07 Amount: $1,084.22

REGISTER COMMUNICATIONS INC — CAPITAL CITY BANK, MACON MALL OFFICE, MACON, GA, 63-68/631 — 1089

Memo: 6-53001 — Nov 2, 2018 — AMOUNT *************$4,100.00*

Four Thousand One Hundred and 0/100 Dollars

TO THE ORDER OF: AMERICAN EXPRESS, P.O. BOX 1270, NEWARK, NJ 07101-1270

⑈001089⑈ ⑆063100688 [redacted]

Check 1089 Date: 11/13 Amount: $4,100.00

REGISTER COMMUNICATIONS INC — CAPITAL CITY BANK, MACON MALL OFFICE, MACON, GA, 63-68/631 — 1090

Memo: 015999929 — Nov 14, 2018 — AMOUNT *************$599.91*

Five Hundred Ninety-Nine and 91/100 Dollars

TO THE ORDER OF: AUTO-OWNERS INSURANCE, P.O. BOX 740312, CINCINNATI, OH 45274-0312

⑈001090⑈ ⑆063100688 [redacted]

Check 1090 Date: 11/21 Amount: $599.91

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**Member F D I C** — LENDER

## CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | SUBTOTAL | $ |
|  |  | TOTAL COLUMN 1 | $ |
| TOTAL | $ | GRAND TOTAL | $ |

MONTH _____ 20_____

BANK BALANCE SHOWN ON THIS STATEMENT  $ _____

ADD (+) DEPOSITS NOT CREDITED ON THIS STATEMENT (IF ANY)  $ _____

$ _____

$ _____

TOTAL  $ _____

SUBTRACT (–) CHECKS OUTSTANDING  $ _____

BALANCE  $ _____

BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGES, AUTOMATIC TELLER WITHDRAWALS AND OTHER BANK CHARGES SHOWN ON THIS STATEMENT.

THE FOLLOWING INSTRUCTIONS ARE PUBLISHED IN COMPLIANCE WITH FEDERAL AND STATE BANKING REQUIREMENTS
OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY. HOLIDAYS ARE NOT INCLUDED.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS: Telephone us Monday thru Friday between 9 a.m. and 5 p.m. eastern time using the telephone number shown on the front of the statement, or write us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can if you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts (one within 30 days after initial deposit), transactions that originate at a point-of-sale terminal, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. Also, for new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If the error or question does not involve a debit ATM transaction, a debit point-of-sale transaction or other electronic funds transfer, different error notification procedures may apply.

BILLING RIGHTS SUMMARY
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
3) The dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

If you have authorized us to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that we receive it within 3 business days before the automatic payment is scheduled to occur.

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request.

REQUIRED DISCLOSURES
The periodic statement on the reverse side reflects the activity for this account posted during the previous billing period.

The daily periodic rate and annual percentage rate disclosed herein may vary.

Revised 06/2008

1) Disclosures for Cash Advances. We compute the FINANCE CHARGE on your account by applying the daily periodic rate to the daily balance of your account. To get the daily balance, we take the beginning balance of your account each day, add any new advances and fees, and subtract any payments or credits. This gives us the daily balance.

2) How Your Payments Are Applied. Unless otherwise agreed or required by applicable law, payments and other credits will be applied first to FINANCE CHARGES; then to unpaid principal; then to any voluntary credit life and disability insurance premiums; and then to late charges and other charges.

The accountholder may pay the entire balance at any time.

SUBSTITUTE CHECKS AND YOUR RIGHTS
What is a substitute check? To make check processing faster, federal law permits banks to replace original checks with "substitute checks". These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

What are my rights regarding substitute checks? In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we receive your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

How do I make a claim for a refund? If you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us using the information on the front of the first page of this statement. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include –
n A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
n An estimate of the amount of your loss;
n An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
n A copy of the substitute checks and/or the following information to help us identify the substitute check: the check number, the name of the person to whom you wrote the check, the amount of the check.

Making a Claim for an Expedited Refund – Please make your claim (as explained above) by calling us, by writing to us, or by e-mailing us at the numbers and address listed below:

Capital City Bank, P.O. Box 900, Tallahassee, FL 32302-0900
850.402.7500 • Toll-Free 888.671.0400 • www.ccbg.com

REGISTER COMMUNICATIOINS

| Date | Check # | Payee | Chk Amt | Dep Amt | Balance |
|------|---------|-------|---------|---------|---------|
| 11/2/18 | | 1088 Hargray Remittance Center | 1084.22 | | 4,419.07 |
| 11/2/18 | | 1089 American Express | 4100 | | 319.07 |
| 11/6/18 | | Deposit (CC Leon Jones) | | 482.35 | 801.42 |
| 11/7/18 | | Deposit(CC Heart of Ga. Ins.) | | 385.85 | 1,187.27 |
| 11/9/18 | | Deposit | | 930.00 | 2,117.27 |
| 11/14/18 | | 1090 Auto Owners Insurance | 599.91 | | 1,517.36 |
| 11/15/18 | | Deposit | | 506.00 | 2,023.36 |
| 11/27/18 | | Deposit | | 1,410.00 | 3,433.36 |
| 11/29/18 | | Deposit | | 900.00 | 4,333.36 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S BUSINESS MONTHLY OPERATING REPORT

upon the following:

Elizabeth Hardy, Esq.
440 MLK Jr. Blvd., Suite 302
Macon GA 31201

via the court's electronic notification system this _14th_ day of _December_, 2018.

KATHY ENGLISH