IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| REGISTER COMMUNITCATIONS, INC., | : | CHAPTER 11 |
| Debtor, | : | CASE NO. 15-52823 |
| | : | |
| RADIO PERRY, INC., | : | CHAPTER 11 |
| Debtor, | : | CASE NO. 16-52371 |
| | : | |
| RADIO PEACH, INC., | : | CHAPTER 11 |
| Debtor, | : | CASE NO. 16-52372 |
| | : | |
| LOWELL L. REGISTER, SR. and | : | CHAPTER 11 |
| JANICE J. REGISTER, | : | CASE NO. 17-51445 |
| Debtors, | : | |

| | | |
|---|---|---|
| REGISTER COMMUNICATIONS, INC.; RADIO PERRY, INC.; RADIO PEACH, INC.; LOWELL L. REGISTER; and JANICE J. REGISTER, | : | CONTESTED MATTER |
| Movants, | : | |
| VS. | : | |
| GREEN BULL PARTNERS, LLC; TAX COMMISSIONER OF BIBB COUNTY, GEORGIA; TAX COMMISSIONER OF HOUSTON COUNTY, GEORGIA; TAX COMMISSIONER OF TWIGGS COUNTY, GEORGIA; UNITED STATES INTERNAL REVENUE SERVICE; and UNITED STATES FEDERAL COMMUNICATION COMMISSION, | : | |
| Respondents. | : | |

**OBJECTION OF GREEN BULL GEORGIA PARTNERS, LLC
TO MOTION TO APPROVE SALE OF PROPERTY**

COMES NOW Green Bull Georgia Partners, LLC ("Green Bull") and objects to the

motion to approve the sale of property filed by the Movants on December 17, 2018 and in support thereof shows to the court the following:

1.

Pursuant to the terms and provisions of a Settlement Agreement, by and among Green Bull, the Movants and affiliated parties (the "Settlement Agreement") which was approved by this court on or about April 4, 2018, Green Bull is the holder of an allowed claim in each of the captioned bankruptcies in the amount of $6,167,304.00 as of December 31, 2017, with interest accruing on the unpaid balance at the daily rate of $1,543.00 from and after December 31, 2017. That indebtedness is partially secured by all of the issued and outstanding shares of Register Communications, Inc., Radio Perry, Inc. and Radio Peach, Inc.; by all assets of those companies, including real estate and improvements thereon owned by Register Communications, Inc. known as 1691 Forsyth Street, Macon, Bibb County, Georgia and by property in Houston County, Georgia more particularly described on Exhibit "B" to the Settlement Agreement owned by Radio Perry, Inc.; and by the 24 acres of land and improvements thereon in Twiggs County, Georgia more particularly described on Exhibit "C" to the Settlement Agreement owned by Lowell L. Register, Sr.

2.

Green Bull objects to the proposed sale pursuant to §363(f) of the United States Bankruptcy Code because it outside the ordinary course of the Debtors' businesses and:

    (i) applicable non-bankruptcy law does not permit the sale of the property free and clear of the interest of Green Bull;

    (ii) Green Bull has not consented to the sale of that property free and clear of

[2]

its interest;

(iii) the interest of Green Bull in the property proposed to be sold is a lien and the price at which the property to be sold is not greater than the aggregate value of all liens on the property;

(iv) the interest of Green Bull is not in bona fide dispute; and

(v) Green Bull could not be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

3.

The proposed sale does not adequately protect the interest of Green Bull because:

(i) neither the Bibb County Tax Commissioner nor the Houston County Tax Commissioner has a lien against the property which is proposed to be sold which would entitle either of them to be paid from the proceeds of the sale;

(ii) the Movants propose to pay all usual, customary and reasonable costs associated with the sale or as agreed in the Sale Contract without disclosure of those costs; and

(iii) the motion proposes to pay from the proceeds of the sale of the collateral of Green Bull the reasonable cost of disposing of the Green Bull's collateral without disclosing those costs and without the sale having conferred any benefit upon Green Bull; and

(iv) the sale is not in the best interest of the estate.

4.

Green Bull objects to the proposal of Vital Alliance submitted in the form of a non-binding letter of intent on the grounds, among others, that it does not provide for payment

[3]

at closing of the liens of Green Bull and therefore does not therefore adequately protect the interest of Green Bull.

5.

The proposed sale is contrary the terms of Settlement Agreement.

6.

In the event the sale is approved by the Court, Green Bull reserves the right to bid at the sale of the property and, if it purchases such property, to offset its claim against the purchase price.

7.

In the event that notwithstanding its objection the Debtor's Motion to Sell is granted, Green Bull requests pursuant to 11 USC §363(e) that the court prohibit or condition such sale as is necessary to provide adequate protection to its interest in the subject property.

Respectfully submitted this 8th day of January, 2019.

_____
JOHN T. McGOLDRICK, JR.
Georgia State Bar No. 492650
Attorney for Green Bull Georgia Partners, LLC
MARTIN SNOW, LLP
P. O. BOX 1606
MACON, GEORGIA  31202-1606
(478) 749-1716
(478) 743-4204 (facsimile)
jtmcgoldrick@martinsnow.com

[4]

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019 I electronically filed the foregoing "**Objection of Green Bull Georgia Partners, LLC to Motion to Approve Sale of Property**" with the clerk of the court using the CM/ECF system which will send electronic notification to the following:

Wesley J. Boyer
Boyer Law Firm, L.L.C.
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
*Attorney for Debtors*

Richard E. Dantzler
Victor Smith Law Group, P.A.
55 Fifth Street, NW
Winter Haven, Florida 33881

James M. Sherman
Stanley, Esrey & Buckley, LLP
Promenade, Suite 2400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309

Thomas C. James, III
James-Bates-Brannan-Grover- LLC
Suite 100
231 Riverside Drive
Macon, Georgia 31210

Michael G. Tanner
Gunster Law Firm
225 Water Street, Suite 1750
Jacksonville, Florida 32202

US Trustee
Office of the U.S. Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, Georgia 31201

/s/ John T. McGoldrick, Jr.
JOHN T. McGOLDRICK, JR.
Georgia State Bar No. 492650
Attorney for Green Bull Georgia Partners, LLC
MARTIN SNOW, LLP
240 Third Street
P.O. Box 1606
Macon, Georgia 31202-1606
Telephone:  (478) 749-1716
Facsimile:  (478) 743-4204
jtmcgoldrick@martinsnow.com

[5]