# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **REGISTER COMMUNICATIONS, INC.,** § | **Case Number: 15-52823-AEC** |
| § | |
| Debtor. § | |

## LIMITED OBJECTION TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

Comes now, McCallar Law Firm ("MLF"), a creditor and party in interest in this case, through its undersigned counsel and, in response to Debtor's Motion to Sell Property Free and Clear of Liens filed in this case hereby states as follows:

1. The Debtor/Debtor-in-Possession, Register Communications, Inc. filed for relief under Chapter 11 of the United States Bankruptcy Code on December 9, 2015, and has continued in possession of its real and personal property as Debtor-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

2. The Debtor is operating as debtor-in-possession, no trustee or examiner having been appointed in its case.

3. On December 17, 2018, Debtor filed a Motion to Sell Property Free and Clear of Liens (the "Motion") (Doc. #233).

4. The Motion proposes to sell certain real estate, broadcast licenses, equipment, and related assets of the Debtor (the "Assets"), free and clear of liens, claims and interest.

5. MLF does not object to the sale of the assets. However, MLF does object to the Motion to Sell to the extent that it fails to provide for how the funds from the sale will be distributed in this case.

6. MLF has an allowed Administrative Claim in this case in the amount of $40,362.76 (the "MLF Claim") which remains unpaid.

7. The MLF Claim has an administrative priority in this case and should be provided for payment from the funds received from the sale of any assets in this case.

WHEREFORE, MLF submits this Limited Objection to the Debtor's Motion to Sell Property Free and Clear of Liens and requests that, if the Motion is Granted, the Court require the MLF Claim to be paid in full from the proceeds of the sale of the Assets and for such other and further relief as the Court deems appropriate under the circumstances.

This 10th day of January, 2019.

Respectfully submitted,

MCCALLAR LAW FIRM

By: */s/ C. James McCallar, Jr.*
C. James McCallar, Jr.
Georgia Bar Number 481400
Tiffany E. Caron
Georgia Bar Number 745089
Attorneys for Debtor

Post Office Box 9026
Savannah, GA 31412
Tel:      (912) 234-1215
Fax:      (912) 236-7549

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **REGISTER COMMUNICATIONS, INC.,** § | **Case Number: 15-52823-AEC** |
| § | |
| **Debtor.** § | |

### CERTIFICATE OF SERVICE

I, C. James McCallar, Jr., do hereby certify that I have this date served a copy of the forgoing Objection upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by electronic service through the Bankruptcy Court's ECF system:

Office of United States Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201

Wesley J. Boyer
Boyer Law Firm, LLC
348 Cotton Ave. Suite 200
Macon, GA 31201

Thomas C. James, III
James-Bates-Brannan-Groover-LLC
Suite 100
231 Riverside Drive
Macon, GA 31210

John T. McGoldrick, Jr.
Martin Snow, LLP
P.O. Box 1606
Macon, GA 31202

And

All other parties receiving notice electronically through the Court's ECF filing system.

This 10th day of January, 2019.

MCCALLAR LAW FIRM

By: */s/ C. James McCallar, Jr.*
C. James McCallar, Jr.
Georgia Bar Number 481400
Tiffany E. Caron
Georgia Bar Number 745089
Attorneys for Debtor

Post Office Box 9026
Savannah, GA 31412
Tel:    (912) 234-1215
Fax:    (912) 236-7549