**UNITED STATES BANKRUPTCY COURT**
Middle District of Georgia
**Macon Division**

Bankruptcy Proceeding No.: 15–52823 AEC
Chapter: 11
Judge: Austin E. Carter

In Re:
    Register Communications, Inc.
    1691 Forsyth Street
    Macon, GA 31201
Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court – Macon, Courtroom B, 433 Cherry Street, Macon, GA 31201

on 2/14/19 at 10:00 AM

to consider and act upon the following:

*233* – Motion to Sell Property Free and Clear of Liens. Fee Amount $181, filed by Debtor Register Communications, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Boyer, Wesley)

*235* – Response with opposition Objection of Green Bull Partners, LLC to Motion to Approve Sale of Property filed by Creditor Green Bull Georgia Partners, LLC. (related document(s)233 Motion to Sell Property Free and Clear of Liens) (McGoldrick, John)

*236* – Response with opposition Limited Objection to Motion to Sell filed by Attorney McCallar Law Firm (related document(s)233 Motion to Sell Property Free and Clear of Liens) (McCallar, C.)

Dated: 1/25/19

                                                By the Court

                                                Kyle George
                                                Clerk, U.S. Bankruptcy Court
                                                Document # 241 – 233, 235, 236