IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:

REGISTER COMMUNICATIONS, INC.     :    CHAPTER 11
         Debtor     :    CASE NO. 15-52823

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Eugene S. Hatcher hereby files his Notice of Appearance and request for service of papers in this proceeding on behalf of **VENTURA MEDIA COMMUNICATIONS, LLC,** an interested party, and requests that all notices sent under Rule 2002 be sent to the undersigned as attorney for Ventura Media Communications, LLC utilizing the address, email, or electronic filing as follows:

Eugene S. Hatcher
Anderson, Walker & Reichert, LLP
577 Mulberry Street, Suite 1410
P.O. Box 6497
Macon, GA 31208-6497
Telephone: (478) 743-8651
Facsimile: (478) 743-9636
Email: esh@awrlaw.com

This 25th day of January, 2019.

/s/ Eugene S. Hatcher
EUGENE S. HATCHER
Ga. Bar 336950
Attorney for Ventura Media Communications, LLC

Anderson, Walker & Reichert, LLP
P.O. Box 6497
Macon, GA 31208-6497
Telephone: (478) 743-8651)
Facsimile: (478) 743-9636

## CERTIFICATE OF SERVICE

I certify that on January 25, 2019, I electronically filed a NOTICE OF APPEARANCE using the CM/ECF system which automatically will send email notification of such filing to all attorneys of record.

This 25th day of January, 2019.

/s/ Eugene S. Hatcher
EUGENE S. HATCHER
Ga. Bar 336950
Attorney for Ventura Media Communications, LLC

Anderson, Walker & Reichert, LLP
P.O. Box 6497
Macon, GA 31208-6497
Telephone: (478) 743-8651
Facsimile: (478) 743-9636