## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| In Re: | ) CHAPTER 11 |
| | ) CASE NO. 15-52823 |
| REGISTER COMMUNICATIONS, INC., | ) |
| | ) |
| Debtor, | ) |
| | ) |
| In Re: | ) CHAPTER 11 |
| | ) CASE NO. 16-52372 |
| RADIO PEACH, INC., | ) |
| | ) |
| Debtor, | ) |
| | ) |
| In Re: | ) CHAPTER 11 |
| | ) CASE NO. 16-52371 |
| RADIO PERRY, INC., | ) |
| | ) |
| Debtor, | ) |
| | ) |
| In Re: | ) CHAPTER 11 |
| | ) CASE NO. 17-51445 |
| Lowell L. Register, Sr. and | ) |
| Janice J. Register, | ) |
| | ) |
| Debtors. | ) |

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Kara A. Davis, duly admitted and authorized to practice in this Court and in good standing therein, hereby enters an appearance on behalf of Defendants Southernaire Music Company and Audrey Morgan and requests receipt of all correspondence, orders, court notices, and copies of pleadings filed in this case.

[SIGNATURE APPEARS ON NEXT PAGE]

This 12th day of February, 2019.

                STANLEY, ESREY & BUCKLEY, LLP

By: /s/ Kara A. Davis
      Kara A. Davis
      Georgia Bar No. 007700
      Counsel for Defendants Southernaire
      Music Company and Audrey Morgan

Promenade, Suite 2400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 835-6200
Facsimile: (404) 835-6221
kdavis@seblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing **NOTICE OF ENTRY OF APPEARANCE** by filing a copy of the same with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following counsel of record:

Wesley J. Boyer
Boyer Law Firm, LLC
348 Cotton Avenue, Suite 200
Macon, Georgia 31201

Thomas C. James, III
JAMES, BATES, BRANNAN, GROOVER, LLC
231 Riverside Drive
Macon, Georgia 31201

Richard E. Dantzler
VICTOR SMITH LAW GROUP, P.A.
55 Fifth Street, NW
Winter Haven, Florida 33881

Michael G. Tanner
GUNSTER LAW FIRM
225 Water Street, Suite 1750
Jacksonville, Florida 32202

John T. McGoldrick, Jr.
MARTIN SNOW, LLP
P. O. Box 1606
Macon, Georgia 31202

US Trustee
OFFICE OF THE U.S. TRUSTEE
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, Georgia 31201

This 12th day of February, 2019.

STANLEY, ESREY & BUCKLEY, LLP

By: /s/ Kara A. Davis
_____
Kara A. Davis
Georgia Bar No. 007700
Counsel for Defendants Southernaire
Music Company and Audrey Morgan

Promenade, Suite 2400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 835-6200
Facsimile: (404) 835-6221
kdavis@seblaw.com