## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| REGISTER COMMUNICATIONS, INC., | : | CHAPTER 11 |
|     Debtor | : | CASE NO. 15-52823 |
| | : | |
| RADIO PERRY, INC., | : | CHAPTER 11 |
|     Debtor | : | CASE NO. 16-52371 |
| | : | |
| RADIO PEACH, INC., | : | CHAPTER 11 |
|     Debtor | : | CASE NO. 16-52372 |
| | : | |
| LOWELL L. REGISTER, SR. and | : | CHAPTER 11 |
| JANICE J. REGISTER, | : | CASE NO. 17-51445 |
|     Debtors | : | |
| | : | |
| REGISTER COMMUNICATIONS, INC.; RADIO PERRY, INC.; RADIO PEACH, INC.; LOWELL L. REGISTER, SR.; and JANICE J. REGISTER, | : | CONTESTED MATTER |
| | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| GREEN BULL GEORGIA PARTNERS, LLC; TAX COMMISSIONER OF BIBB COUNTY, GEORGIA; TAX COMMISSIONER OF HOUSTON COUNTY, GEORGIA; TAX COMMISSIONER OF TWIGGS COUNTY, GEORGIA; UNITED STATES INTERNAL REVENUE SERVICE; and UNITED STATES FEDERAL COMMUNICATION COMMISSION, | : | |
| | : | |
|     Respondents | : | |

## NOTICE OF RESCHEDULED HEARING AND NOTICE OF AMENDMENT

You are hereby notified that the hearing on the following matters:

- Motion to Sell Property Free and Clear of Liens filed by Register Communications, Inc. [docket no. 233]

- Motion to Sell Property Free and Clear of Liens filed by Lowell L. Register, Sr. and Janice J. Register [docket no. 114]
- Motion to Sell Property Free and Clear of Liens filed by Radio Perry, Inc. [docket no. 98]
- Motion to Sell Property Free and Clear of Liens filed by Radio Peach, Inc. [docket no. 98]

has been continued for hearing on **March 15, 2019 at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom B, 433 Cherry Street, in Macon, Georgia.

You are further notified that Exhibit "A" (Asset Purchase Agreement) to the *Motion To Approve Sale Of Property And Entry Of An Order: (A) Authorizing The Sale Of Debtors' Interest In Property Pursuant To 11 U.S.C. § 363 And F.R.B.P. 6004, Free And Clear Of Liens, Claims, And Interests, Which Shall Attach To Proceeds Of Such Sale; (B) Authorizing Payment Of Closing Costs; And (C) Granting Related Relief* has been amended. **A copy of the amended Exhibit "A" is on file with the Bankruptcy Court [Register Communications, Inc. docket no. 251; Radio Perry, Inc. docket no. 114; Radio Peach, Inc. docket no. 113; Lowell L. Register and Janice J. Register, docket no. 131]. It may be obtained by contacting below counsel**.

                                         BOYER TERRY LLC
                                         By:

                                         /s/
                                         _____
                                         WESLEY J. BOYER
                                         Attorney for Debtors
                                         State Bar No. 073126
                                         348 Cotton Avenue, Suite 200
                                         Macon, GA  31201
                                         (478) 742-6481
                                         Wes@BoyerTerry.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

NOTICE OF RESCHEDULED HEARING AND NOTICE OF AMENDMENT

upon the following:

>   all creditors and parties-in-interest
>   as listed on the attached mailing matrix

by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto this 6th day of March, 2019.

_____
WESLEY J. BØYER

Label Matrix for local noticing
113G-5
Case 17-51445
Middle District of Georgia
Macon
Tue Jan 15 13:58:38 EST 2019

Boyer Law Firm, LLC
Wesley J. Boyer
348 Cotton Avenue
Suite 200
Macon, GA 31201-7305

Capital One N.A. Department
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Green Bull Georgia Partners, LLC.
P.O. BOX 1606
240 THIRD STREET
MACON, GA 31201-3310

Heritage Capital Group, Inc.
4417 Beach Boulevard, #302
Jacksonville, FL 32207-9404

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James, Bates, Brannan, Groover, LLC
231 Riverside Drive
Macon, GA 31201-3416

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Victor Smith Law Group, P.A.
55 Fifth Street, NW
Winter Haven, FL 33881-4672

5
433 Cherry Street
P.O. Box 1957
Macon, GA 31202-1957

Capital One
PO Box 105385
Atlanta, GA 30348-5385

Capital One, N.A. as servicer for US Bank, N
PO Box 105385
Atl GA 30348-5385

Chase Master Card
PO Box 1423
Charlotte, NC 28201-1423

Chase Visa
PO Box 1423
Charlotte, NC 28201-1423

Green Bull
c/o John T. McGoldrick, Jr.
Martin Snow, LLP
240 Third Street
Macon, GA 31201-3310

Green Bull Georgia Partners, LLC
c/o John T. McGoldrick, Jr.
P.O. Box 1606
Macon, Georgia 31202-1606

Office of U.S. Trustee
c/o Robert G. Fenimore
Trial Attorney
440 MLK Jr. Blvd Ste 302
Macon, GA 31201-7987

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Rushmore Loan Management Services, LLC
c/o Brian K. Jordan
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

Synchrony/Care Credit
PO Box 965061
Orlando, FL 32896-5061

U.S. Bank, N.A.
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-5004

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

Wilkinson Barker Knauer LLC
c/o Henry F. Sewell, Jr.
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305-4909

Janice J. Register
208 Parkview Court
Lizella, GA 31052-3621

Lowell L. Register Sr.
208 Parkview Court
Lizella, GA 31052-3621

Tanner Bishop
One Independent Drive
Suite 1700
Jacksonville, FL 32202-5015

Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201-7305

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Insolvency Unit
P.O. Box 21125
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rushmore Loan Management Services, LLC

(u)U.S. Bank, N.A. as Trustee relating to the

(d)Capital One N.A. Department
Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

End of Label Matrix
Mailable recipients    26
Bypassed recipients     4
Total                  30

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-5<br>Case 15-52823<br>Middle District of Georgia<br>Macon<br>Tue Jan 15 13:53:54 EST 2019 | Boyer Law Firm, L.L.C.<br>c/o Wesley J Boyer<br>348 Cotton Avenue<br>Ste 200<br>Macon, GA 31201-7305 | Federal Communications Commission<br>c/o United States Attorney's Office<br>P.O. Box 1702<br>Macon, GA 31202-1702 |
| Green Bull Georgia Partners, LLC.<br>P.O. BOX 1606<br>240 THIRD STREET<br>MACON, GA 31201-3310 | Heritage Capital Group, Inc.<br>4417 Beach Boulevard, #302<br>Jacksonville, FL 32207-9404 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| James Bates Brannan Groover<br>231 Riverside Drive<br>Suite 100<br>Macon, GA 31201-3416 | James, Bates, Brannan, Groover, LLC<br>231 Riverside Drive<br>Macon, GA 31201-3416 | Macon-Bibb County Tax Commissioner<br>Lisenby & Associates, LLC<br>P.O. Box 4101<br>Macon, GA 31208-4101 |
| McCallar Law Firm<br>PO Box 9026<br>Savannah, GA 31412-9026 | Register Communications, Inc.<br>1691 Forsyth Street<br>Macon, GA 31201-1494 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Victor Smith Law Group, P.A.<br>55 Fifth Street, NW<br>Winter Haven, FL 33881-4672 | Wilkinson Barker Knauer LLP<br>c/o Law Offices of Henry F. Sewell, Jr.<br>Suite 200<br>3343 Peachtree Road<br>Atlanta, GA 30326-1420 | 5<br>433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202-1957 |
| Bibb County Tax Commissioner<br>P.O. Box 4724<br>Macon, GA 31208-4724 | ComDoc<br>P.O. Box 22728<br>Savannah, GA 31403-2728 | Cox Business<br>P.O. Box 1259<br>Dept. #103047<br>Oaks, PA 19456-1259 |
| De Lage Landen Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | De Lage Landen Financial Services<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 | GREEN BULL GEORGIA PARTNERS, LLC<br>c/o John T. McGoldrick, Jr.<br>Martin Snow, LLP<br>P.O. Box 1606<br>Macon, Georgia  31202-1606 |
| Green Bull Georgia Partners, LLC<br>526 E. Superior Ave., Suite 1200<br>Cleveland, OH 44114-1902 | Janice J. Register<br>208 Park View<br>Lizella, GA 31052-3621 | Janice Register<br>208 Park View Court<br>Lizella, GA 31052-3621 |
| Lowell L. Register<br>208 Park View<br>Lizella, GA 31052-3621 | Lowell L. Register<br>Janice J. Register<br>c/o Thomas C. James, III<br>James Bates Brannan Groover LLP<br>231 Riverside Drive, Suite 100<br>Macon, GA 31201-3416 | Lowell L. Register, Sr.<br>208 Park View Court<br>Lizella, GA 31052-3621 |
| Macon-Bibb County Tax Commissioner<br>c/o Blake Edwin Lisenby<br>Lisenby & Associates, LLC<br>P.O Box 4101<br>Macon, GA 31208-4101 | Office of U.S. Trustee<br>c/o Elizabeth A. Hardy<br>Assistant U.S. Trustee<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 | Office of U.S. Trustee<br>c/o Robert G. Fenimore<br>Trial Attorney<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 |

| | | |
|---|---|---|
| P.O. Box 9026<br>Savannah, GA 31412-9026 | Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Radio Peach, Inc.<br>1691 Forsyth St.<br>Macon, GA 31201-1407 |
| Radio Perry, Inc.<br>1691 Forsyth St.<br>Macon, GA 31201-1407 | Ray Rosenblum<br>Media Broker/Consultant/Appraiser<br>PO Box 38296<br>Pittsburgh, PA 15238-8296 | The Accident Fund<br>PO Box 40790<br>Lansing, MI 48901-7990 |
| The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | Thomas C. James, III<br>James Bates Brannan Groover, LLP<br>231 Riverside Dr., Suite 100<br>Macon, GA 31201-3416 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |
| Wilkinson Barker Knauer LLP<br>c/o Henry F. Sewell, Jr.<br>Law Offices of Henry F. Sewell, Jr., LLC<br>Suite 200, 3343 Peachtree Road<br>Atlanta, Georgia 30326-1420 | Wilkinson Barker Knauer LLP<br>c/o Henry F. Sewell, Jr.<br>Suite 200, 3343 Peachtree Road<br>Atlanta, Georgia 30326-1420 | C. James McCallar Jr.<br>McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412-9026 |
| Janice J. Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 | Lowell L Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 | Tanner Bishop<br>One Independent Drive<br>Suite 1700<br>Jacksonville, FL 32202-5015 |
| Tiffany E. Caron<br>McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412-9026 | Wesley J. Boyer<br>Boyer Terry LLC<br>348 Cotton Avenue<br>Ste 200<br>Macon, GA 31201-7305 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| IRS<br>Insolvency Unit<br>P.O. Box 21125<br>Philadelphia, PA 19114 | U.S. Securities and Exchange Commission<br>Suite 1000<br>3475 Lenox Road, NE<br>Atlanta, GA 30326-1232 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)James-Bates-Brannan-Groover-LLP
231 Riverside Dr., Suite 100
Macon, GA 31201-3416

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-5<br>Case 16-52371<br>Middle District of Georgia<br>Macon<br>Tue Jan 15 13:55:48 EST 2019 | Federal Communications Commission<br>c/o United States Attorney's Office<br>P.O. Box 1702<br>Macon, GA 31202-1702 | Green Bull Georgia Partners, LLC.<br>P.O. BOX 1606<br>240 THIRD STREET<br>MACON, GA 31201-3310 |
| Heritage Capital Group, Inc.<br>4417 Beach Boulevard, #302<br>Jacksonville, FL 32207-9404 | James, Bates, Brannan, Groover, LLC<br>231 Riverside Drive<br>Macon, GA 31201-3416 | Katz, Flatau & Boyer, L.L.P.<br>355 Cotton Avenue<br>Macon, GA 31201-2636 |
| Radio Perry, Inc.<br>1691 Forsyth Street<br>Macon, GA 31201-1407 | Victor Smith Law Group, P.A.<br>55 Fifth Street, NW<br>Winter Haven, FL 33881-4672 | Wilkinson Barker Knauer LLP<br>c/o Law Offices of Henry F. Sewell, Jr.<br>Suite 200<br>3343 Peachtree Road<br>Atlanta, GA 30326-1420 |
| 5<br>433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202-1957 | A S C A P / Radio<br>Broadcast Licensing Dept.<br>1 Lincoln Plaza<br>New York, NY 10023-7129 | American Society of Composers<br>ASCAP Attn: Camille Mileo<br>1900 Broadway<br>Broadcast Licensing 7th Floor<br>New York, NY 10023-7004 |
| Bibb County Tax Commissioner<br>PO Box 5007<br>Macon, GA 31208-5007 | Broadcast Music, Inc.<br>7 World Trade Center<br>250 Greenwich Street<br>Attn: Joseph DiMona<br>New York, NY 10007-2140 | Broadcast Music, Inc. RJ Dudley<br>3520 Piedmont Road, NE<br>Atlanta, GA 30305-1516 |
| Broadcast Music, Inc./John Zajdel<br>10 Music Square East<br>Nashville, TN 37203-4399 | Broadcast Music, Inc./Matthew Berry<br>10 Music Square East<br>Nashville, TN 37203-4399 | City of Perry<br>PO Box 2030<br>1211 Washington Street<br>Perry, GA 31069-2555 |
| Federal Communications Commission<br>c/o Thomas F. Driscoll III<br>445 12th Street<br>Washington, DC 20554-0005 | Fletcher, Heald & Hildreth<br>1300 N 17th Street, 11th Floor<br>Arlington, VA 22209-3811 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Green Bull<br>c/o John T. McGoldrick, Jr.<br>Martin Snow, LLP<br>240 Third Street<br>Macon, GA 31201-3310 | Green Bull Georgia Partners, LLC<br>c/o John T. McGoldrick, Jr.<br>P.O. Box 1606<br>Macon, Ga 31202-1606 | Houston County Tax Commissioner<br>PO Box 69<br>Perry, GA 31069-0069 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19104-5002 | James Bates Brannan Groover LLP<br>231 Riverside Drive, Suite 100<br>Macon, GA 31201-3416 | James, Bates, Pope & Spivey, LLP<br>231 Riverside Drive<br>Macon, GA 31201-3416 |
| Lowell Register<br>c/o Thomas C. James, III, Esq.<br>231 Riverside Drive, Suite 100<br>Macon, GA 31201-3416 | Office of U.S. Trustee<br>c/o Robert G. Fenimore<br>Trial Attorney<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 | Peach County Tax Commissioner<br>PO Box 931<br>Fort Valley, GA 31030-0931 |

| | | |
|---|---|---|
| SESAC, Inc.<br>PO Box 900013<br>Raleigh, NC 27675-9013 | SESAC, Inc. Candise Colley<br>PO Box 900013<br>Raleigh, NC 27675-9013 | St. Paul Apartments<br>1330 Forsyth Street<br>Macon, GA 31201-1448 |
| Twiggs County Tax Commissioner<br>PO Box 187<br>Jeffersonville, GA 31044-0187 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | Wilkerson Barker Knight<br>1800 M Street NW, Suite 800-N<br>Washington, DC 20033-7501 |
| Wilkinson Barker Knauer LLP<br>c/o Henry F. Sewell, Jr.<br>Law Offices of Henry F. Sewell, Jr. LLC<br>Suite 200, 3343 Peachtree Road NE<br>Atlanta, Georgia 30326-1420 | David A. O'Connor<br>Wilkinson Barker Knauer, LLP<br>1800 M Street, NW<br>Suite 800N<br>Washington, DC 20036-5850 | Janice J. Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 |
| Lowell L Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 | Tanner Bishop<br>One Independent Drive<br>Suite 1700<br>Jacksonville, FL 32202-5015 | Wesley J. Boyer<br>Boyer Terry LLC<br>348 Cotton Avenue<br>Ste 200<br>Macon, GA 31201-7305 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
PO Box 161108
Atlanta, GA 30321

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Boyer Law Firm, LLC | (u)ASCAP | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                   43 |

```
Label Matrix for local noticing        Federal Communications Commission      Green Bull Georgia Partners, LLC.
113G-5                                 c/o U.S. Attorney's Office             P.O. BOX 1606
Case 16-52372                          P.O. Box 1702                          240 THIRD STREET
Middle District of Georgia             Macon, GA 31202-1702                   MACON, GA 31201-3310
Macon
Tue Jan 15 13:57:11 EST 2019

Heritage Capital Group, Inc.           James, Bates, Brannan, Groover, LLC    Radio Peach, Inc.
4417 Beach Boulevard, #302             231 Riverside Drive                    1691 Forsyth Street
Jacksonville, FL 32207-9404            Macon, GA 31201-3416                   Macon, GA 31201-1407


Victor Smith Law Group, P.A.           Wilkinson Barker Knauer LLP            5
55 Fifth Street, NW                    c/o Law Offices of Henry F. Sewell, Jr. 433 Cherry Street
Winter Haven, FL 33881-4672            Suite 200                              P.O. Box 1957
                                       3343 Peachtree Road                    Macon, GA 31202-1957
                                       Atlanta, GA 30326-1420


A S C A P / Radio                      B & G R - Bromo Communications         Bibb County Tax Commissioner
Broadcast Licensing Dept.              PMB 164 Suite 230                      PO Box 5007
1 Lincoln Plaza                        3600 Dallas Highway                    Macon, GA 31208-5007
New York, NY 10023-7129                Marietta, GA 30064-1685


Broadcast Music, Inc.                  Broadcast Music, Inc. RJ Dudley        Broadcast Music, Inc./John Zajdel
7 World Trade Center                   3520 Piedmont Road, NE                 10 Music Square East
250 Greenwich Street                   Atlanta, GA 30305-1516                 Nashville, TN 37203-4399
Attn: Joseph DiMona
New York, NY 10007-2140


Broadcast Music, Inc./Matthew Berry    Bromo Communications                   Federal Communications Commission
10 Music Square East                   PO Box 191747                          c/o Thomas F. Driscoll III
Nashville, TN 37203-4399               Atlanta, GA 31119-1747                 445 12th Street
                                                                              Washington, DC 20554-0005


Fletcher, Heald & Hildreth             GREEN BULL GEORGIA PARTNERS, LLC       Green Bull
1300 N. 17th Street, 11th Floor        C/O JOHN T. McGOLDRICK, JR.            c/o John T. McGoldrick, Jr.
Arlington, VA 22209-3811               MARTIN SNOW, LLP                       Martin Snow, LLP
                                       P.O. BOX 1606                          240 Third Street
                                       MACON, GEORGIA  31202-1606             Macon, GA 31201-3310


Green Bull of Georgia Partners, LLC    INTERNAL REVENUE SERVICE               James, Bates, Pope & Spivey, LLP
c/o John T. McGoldrick, Jr.            P O BOX 7346                           231 Riverside Drive
P.O. Box 1606                          2970 MARKET STREET                     Macon, GA 31201-3416
Macon Ga 31202-1606                    PHILADELPHIA, PA. 19104-5002


Janice J. Register                     Office of U.S. Trustee                 SESAC, Inc.
c/o Thomas C. James, III, Esq.         c/o Robert G. Fenimore                 PO Box 900013
231 Riverside Drive, Suite 100         Trial Attorney                         Raleigh, NC 27675-9013
Macon, GA 31201-3416                   440 MLK Jr. Blvd Ste 302
                                       Macon, GA 31201-7987


SESAC, Inc. Candise Colley             U.S. Trustee - MAC                     Wilkerson Barker Knight
PO Box 900013                          440 Martin Luther King Jr. Boulevard   1800 M Street NW, Suite 800-N
Raleigh, NC 27675-9013                 Suite 302                              Washington, DC 20033-7501
                                       Macon, GA 31201-7987
```

| | | |
|---|---|---|
| Wilkinson Barker Knauer LLP<br>c/o Henry F. Sewell, Jr.<br>Law Offices of Henry F. Sewell, Jr. LLC<br>Suite 200, 3343 Peachtree Road, NE<br>Atlanta, Georgia 30326-1420 | David A. O'Connor<br>Wilkinson Barker Knauer, LLP<br>1800 M Street, NW<br>Suite 800N<br>Washington, DC 20036-5850 | Janice J. Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 |
| Lowell L Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 | Tanner Bishop<br>One Independent Drive<br>Suite 1700<br>Jacksonville, FL 32202-5015 | Wesley J. Boyer<br>Boyer Terry LLC<br>348 Cotton Avenue<br>Ste 200<br>Macon, GA 31201-7305 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Boyer Law Firm, LLC         (u)ASCAP                         End of Label Matrix
                                                                Mailable recipients    35
                                                                Bypassed recipients     2
                                                                Total                  37