**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| REGISTER COMMUNICATIONS, INC., | : | CHAPTER 11 |
| Debtor | : | CASE NO. 15-52823 |
| | : | |
| RADIO PERRY, INC., | : | CHAPTER 11 |
| Debtor | : | CASE NO. 16-52371 |
| | : | |
| RADIO PEACH, INC., | : | CHAPTER 11 |
| Debtor | : | CASE NO. 16-52372 |
| | : | |
| LOWELL L. REGISTER, SR. and | : | CHAPTER 11 |
| JANICE J. REGISTER, | : | CASE NO. 17-51445 |
| Debtors | : | |
| | : | |
| | : | |
| REGISTER COMMUNICATIONS, INC.; RADIO | : | |
| PERRY, INC.; RADIO PEACH, INC.; LOWELL L. | : | |
| REGISTER, SR.; and JANICE J. REGISTER, | : | CONTESTED MATTER |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| GREEN BULL GEORGIA PARTNERS, LLC; | : | |
| TAX COMMISSIONER OF BIBB COUNTY, GEORGIA; | : | |
| TAX COMMISSIONER OF HOUSTON COUNTY, | : | |
| GEORGIA; TAX COMMISSIONER OF TWIGGS | : | |
| COUNTY, GEORGIA; UNITED STATES INTERNAL | : | |
| REVENUE SERVICE; and UNITED STATES FEDERAL | : | |
| COMMUNICATION COMMISSION, | : | |
| | : | |
| Respondents | : | |

**WITHDRAWAL OF MOTION TO APPROVE SALE OF PROPERTY AND ENTRY
OF AN ORDER: (A) AUTHORIZING THE SALE OF DEBTORS' INTEREST IN
PROPERTY PURSUANT TO 11 U.S.C. § 363 AND F.R.B.P. 6004, FREE AND CLEAR
OF LIENS, CLAIMS, AND INTERESTS, WHICH SHALL ATTACH TO PROCEEDS
OF SUCH SALE; (B) AUTHORIZING PAYMENT OF CLOSING COSTS; AND (C)
GRANTING RELATED RELIEF**

COME NOW Register Communications, Inc.; Radio Perry, Inc.; Radio Peach, Inc.; Lowell L. Register, Sr.; and Janice J. Register, Debtors and Debtors-in-Possession in the above-styled Chapter 11 Bankruptcy Cases, by and through their counsel of record, and withdraw their motion to approve sale of property and entry of an order [docket no. 233].

        BOYER ∥ TERRY, LLC
        By:


        */s/Wesley J. Boyer*_____
        WESLEY J. BOYER
        Georgia Bar No. 073126
        Counsel for Debtors/Movants
        348 Cotton Avenue, Suite 200
        Macon, Georgia 31201
        (478) 742-6481
        Wes@BoyerTerry.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served copies of the

**WITHDRAWAL OF MOTION TO APPROVE SALE OF PROPERTY AND ENTRY OF AN ORDER: (A) AUTHORIZING THE SALE OF DEBTORS' INTEREST IN PROPERTY PURSUANT TO 11 U.S.C. § 363 AND F.R.B.P. 6004, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS, WHICH SHALL ATTACH TO PROCEEDS OF SUCH SALE; (B) AUTHORIZING PAYMENT OF CLOSING COSTS; AND (C) GRANTING RELATED RELIEF**

upon the following:

| | |
|---|---|
| Green Bull Georgia Partners, LLC<br>c/o John T. McGoldrick, Jr.<br>PO Box 1606<br>Macon, GA 31202-1606 | Elizabeth Hardy, Esq.<br>440 MLK Jr. Blvd., Suite 302<br>Macon GA 31201 |

Eugene S. Hatcher, Esq.
Anderson, Walker & Reichert, L.L.P.
Post Office Box 6497
Macon, GA 31208-6497

via the Court's electronic notification system this 15th day of March, 2019.

/s/Wesley J. Boyer
WESLEY J. BOYER