# United States Bankruptcy Court

Middle District of Georgia

Date: 3/21/19

In re:

   Register Communications, Inc.
   1691 Forsyth Street
   Macon, GA 31201

Debtor(s)

Case No. 15–52823 AEC

Chapter 11

Re: Reports and Summaries required by §704(a)(8) of the Bankruptcy Code and Rule 2015(a)(3)

To US Trustee:

The deadline for filing the report referenced above has passed, and the report has not been filed to date.

We are terminating the Court's follow–up deadline based upon this memo being sent to all parties of interest.

Thank you for your attention to this matter.

Sincerely,

Cheryl Stratigos

(478) 752–3506
Deputy Clerk
United States Bankruptcy Court