# United States Bankruptcy Court

## Middle District of Georgia

Date: 3/21/19

In re:

    Register Communications, Inc.
    1691 Forsyth Street
    Macon, GA 31201

Debtor(s)

Case No. 15–52823 AEC

Chapter 11

Re: Reports and Summaries required by §704(a)(8) of the Bankruptcy Code and Rule 2015(a)(3)

To US Trustee:

The deadline for filing the report referenced above has passed, and the report has not been filed to date.

We are terminating the Court's follow–up deadline based upon this memo being sent to all parties of interest.

Thank you for your attention to this matter.

Sincerely,

Cheryl Stratigos

(478) 752–3506
Deputy Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Middle District of Georgia

In re:                                                              Case No. 15-52823-AEC
Register Communications, Inc.                                       Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113G-5           User: cs                  Page 1 of 2           Date Rcvd: Mar 22, 2019
                               Form ID: odipty           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db             +Register Communications, Inc.,   1691 Forsyth Street,   Macon, GA 31201-1494
aty            +Boyer Law Firm, L.L.C.,   c/o Wesley J Boyer,   348 Cotton Avenue,   Ste 200,
                 Macon, GA 31201-7305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          Bernard  Snell    on behalf of Creditor    Federal Communications Commission
           bernard.snell@usdoj.gov,
           USAGAM.ECF@usdoj.gov;terri.atkins@usdoj.gov;ashley.saylor-matthews@usdoj.gov
          Blake Edwin Lisenby    on behalf of Creditor    Macon-Bibb County Tax Commissioner
           blakelisenby@lisenbylaw.com
          C. James McCallar, Jr.    on behalf of Debtor    Register Communications, Inc.
           jmccallar@mccallarlawfirm.com,   hollyb@mccallarlawfirm.com
          C. James McCallar, Jr.    on behalf of Attorney    McCallar Law Firm jmccallar@mccallarlawfirm.com,
           hollyb@mccallarlawfirm.com
          C. James McCallar, Jr.    on behalf of Plaintiff    Register Communications, Inc.
           jmccallar@mccallarlawfirm.com,   hollyb@mccallarlawfirm.com
          Elizabeth A. Hardy    on behalf of U.S. Trustee    U.S. Trustee - MAC elizabeth.a.hardy@usdoj.gov,
           Ustp.region21.mc.ecf@usdoj.gov
          Eugene S. Hatcher    on behalf of Interested Party    Ventura Media Communications, LLC
           esh@awrlaw.com
          Henry F. Sewell, Jr.    on behalf of Creditor    Wilkinson Barker Knauer LLP hsewell@sewellfirm.com
          James Marx Sherman    on behalf of Defendant Audrey  Morgan jsherman@seblaw.com,  njames@seblaw.com
          James Marx Sherman    on behalf of Defendant    Southernaire Music Company jsherman@seblaw.com,
           njames@seblaw.com
          John T. McGoldrick, Jr.    on behalf of Counter-Claimant Glenn C Pollack
           jtmcgoldrick@martinsnow.com,   sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Defendant Stephen J Latkovic jtmcgoldrick@martinsnow.com,
           sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Counter-Claimant Stephen J Latkovic
           jtmcgoldrick@martinsnow.com,   sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Defendant Glenn C Pollack jtmcgoldrick@martinsnow.com,
           sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Defendant    Green Bull Georgia Investors, LLC
           jtmcgoldrick@martinsnow.com,   sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Creditor    Green Bull Georgia Partners, LLC.
           jtmcgoldrick@martinsnow.com,   sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Counter-Claimant    Green Bull Georgia Partners, LLC
           jtmcgoldrick@martinsnow.com,   sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Defendant    Green Bull Georgia Partners, LLC
           jtmcgoldrick@martinsnow.com,   sjones@martinsnow.com
          John T. McGoldrick, Jr.    on behalf of Defendant    Green Bull Georgia Partners, LLC.
           jtmcgoldrick@martinsnow.com,   sjones@martinsnow.com
          Kara Albert Davis    on behalf of Creditor    Southernaire Music Company kdavis@seblaw.com
          Robert G. Fenimore    on behalf of U.S. Trustee    U.S. Trustee - MAC robert.g.fenimore@usdoj.gov,
           Ustp.region21.mc.ecf@usdoj.gov

```
District/off: 113G-5          User: cs                  Page 2 of 2                  Date Rcvd: Mar 22, 2019
                              Form ID: odipty           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stuart Ellis Walker    on behalf of Defendant Glenn C Pollack sewalker@martinsnow.com
              Stuart Ellis Walker    on behalf of Defendant Stephen J Latkovic sewalker@martinsnow.com
              Stuart Ellis Walker    on behalf of Counter-Claimant   Green Bull Georgia Partners, LLC
               sewalker@martinsnow.com
              Stuart Ellis Walker    on behalf of Counter-Claimant Stephen J Latkovic sewalker@martinsnow.com
              Stuart Ellis Walker    on behalf of Counter-Claimant Glenn C Pollack sewalker@martinsnow.com
              Stuart Ellis Walker    on behalf of Creditor   Green Bull Georgia Partners, LLC.
               sewalker@martinsnow.com
              Stuart Ellis Walker    on behalf of Defendant   Green Bull Georgia Partners, LLC
               sewalker@martinsnow.com
              Thomas C. James, III    on behalf of Plaintiff   Register Communications, Inc.
               tjames@jamesbatesllp.com, mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Counter-Defendant Lowell L Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Defendant Lowell L Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Stockholder Lowell L Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Counter-Defendant Janice J. Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Plaintiff Janice J. Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Plaintiff   Radio Peach, Inc. tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Plaintiff Lowell L Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Creditor   James Bates Brannan Groover
               tjames@jamesbatesllp.com, mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Plaintiff   Register's Mobile Ads, Inc.
               tjames@jamesbatesllp.com, mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Stockholder Janice J. Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Defendant Janice J. Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Defendant James  Register tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Thomas C. James, III    on behalf of Plaintiff   Radio Perry, Inc. tjames@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              Tiffany Elizabeth Caron    on behalf of Plaintiff   Register Communications, Inc.
               tiffany.caron@mccallarlawfirm.com, meagank@mccallarlawfirm.com;Sharon@mccallarlawfirm.com
              U.S. Trustee - MAC    Ustp.region21.mc.ecf@usdoj.gov
              Wesley J. Boyer    on behalf of Debtor   Register Communications, Inc. wes@boyerterry.com,
               r40028@notify.bestcase.com
              William P. Horkan    on behalf of Defendant James  Register whorkan@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              William P. Horkan    on behalf of Defendant Janice J. Register whorkan@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              William P. Horkan    on behalf of Defendant Lowell L Register whorkan@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              William P. Horkan    on behalf of Plaintiff Janice J. Register whorkan@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
              William P. Horkan    on behalf of Plaintiff Lowell L Register whorkan@jamesbatesllp.com,
               mgillespie@jamesbatesllp.com
                                                                                             TOTAL: 50
```