# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| REGISTER COMMUNICATIONS, INC., | : |
| | : CASE NO. 15-52823 |
| Debtor | : |

## DEBTOR'S BUSINESS MONTHLY OPERATING REPORT

for the period

from March 1, 2019 through March 31, 2019

COMES NOW the above-named Debtor and files its Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____
WESLEY J. BOYER

Debtor's address & phone number:
1691 Forsyth Street
Macon, GA 31201
(478) 745-5858

Attorney's address & phone number:
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 03/01/19 AND ENDING 03/31/19

Name of Debtor: Register Communications, Inc.    Case Number 15-52823
Date of Petition: _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 41,446.49 (a) | 11,205.00 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 4,186.00 | 171,779.60 |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 4,186.00 | 171,779.60 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 45,632.49 | 182,984.60 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | | 100.00 |
| C. Contract Labor | | 2,348.80 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 1,652.56 | 25,789.78 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | 1,559.27 |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | 7,225.00 |
| L. Rent | | |
| M. Repairs & Maintenance | | 5,243.01 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | 1,780.52 |
| R. Telephone | 1,106.04 | 14,094.63 |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 5,200.00 |
| U. Utilities | | 37,708.61 |
| V. Vehicle Expenses | ........... | 1,937.95 |
| W. Other Operating Expenses *(See MOR-3)* | | 37,123.02 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 2,758.56 | 140,110.59 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 42,873.93 (c) | 42,874.01 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __12th__ day of __April__, __2019__.

(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL OTHER RECEIPTS |  |  |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| TOTAL OTHER DISBURSEMENTS |  |  |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Register Communications. Inc.___    Case Number: 15-52823

Reporting Period beginning **03/01/19**    Period ending **03/31/19**

ACCOUNTS RECEIVABLE AT PETITION DATE: unknown

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 40,761.65 | (a) |
| PLUS: Current Month New Billings | 4,186.00 | |
| MINUS: Collection During the Month | $ 4,224.35 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 40,723.30 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_._____

---

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | $ _____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collect-ability, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

# ATTACHMENT 2
# MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor  **Register Communications, Inc.**      Case Number: **15-52823**

Reporting Period beginning  **03/01/19**      Period ending  **03/31/19**

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

## POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                          $_____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $_____(a) |
| PLUS: New Indebtedness Incurred This Month | $_____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $_____ |
| PLUS/MINUS: Adjustments | $_____* |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                             _____(d)

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 3

# INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: <u>Register Communications, Inc.</u>     Case Number: <u>15-52823</u>

Reporting Period beginning <u>03/01/19</u>     Period ending <u>03/31/19</u>

## INVENTORY REPORT

**NO INVENTORY**

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $_____(a) |
| MINUS: Depreciation Expense | $_____(b) |
| PLUS: New Purchases | $_____ |
| PLUS/MINUS: Adjustments or Write-downs | $_____* |
| Ending Monthly Balance | $_____ |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: __Register Communications, Inc.__    Case Number: __15-52823__

Reporting Period beginning __03/01/19__    Period ending __03/31/19__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: __Capital City Bank__    BRANCH: __Main - Macon, GA__

ACCOUNT NAME: Register Communications, Inc__    ACCOUNT NUMBER: __▓▓▓▓0768__

PURPOSE OF ACCOUNT: __OPERATING__

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ 8,985.55 |  |
| Plus Total Amount of Outstanding Deposits | $ |  |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ |  |
| Ending Balance per Check Register | $ 7,120.83 | **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Register Communications, Inc._    Case Number: __15-52823__

Reporting Period beginning __03/01/19__    Period ending __03/31/19__

NAME OF BANK: __Capital City Bank__    BRANCH: __Main – Macon, GA__

ACCOUNT NAME: __Register Communications, Inc.__

ACCOUNT NUMBER: __■■■■0768__

PURPOSE OF ACCOUNT: __OPERATING__

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 3/07/19 | 1104 | Hargray | TV Internet | 1,106.04 |
| 3/12/19 | 1105 | Auto Owners | Insurance | 599.92 |
| 3/12/19 | 1106 | The Hartford | Insurance | 1,052.60 |
| TOTAL | | | | $ 2,758.56 |

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

NO PAYROLL

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

NO PAYROLL

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

NO TAX ACCOUNT

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

NO TAX ACCOUNT

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

NO INVESTMENT ACCOUNT OR PETTY CASH

# ATTACHMENT 6

# MONTHLY TAX REPORT

NO POST PETITION TAXES ARE DUE

# ATTACHMENT 7

# SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: <u>Register Communications, Inc.</u>      Case Number: <u>15-52823</u>

Reporting Period beginning <u>03/01/19</u>      Period ending <u>03/31/19</u>

NO OFFICERS OR OWNERS RECEIVE COMPENSATION

---

**PERSONNEL REPORT**

DEBTOR HAS NO EMPLOYEES

---

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## **ATTACHMENT 8**

### **SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

# NO SIGNIFICANT DEVELOPMENTS

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

 e|statement

*Capital City Bank OnLine*

Need a personal loan or line of credit? Visit ccbg.com/loans for information about our consumer credit products and then simply apply online. We make it easy to apply for the funds you need. All loans subject to credit approval; Equal Housing Lender.

REGISTER COMMUNICATIONS INC.  
1691 FORSYTH ST  
MACON GA 31201-1407

Date  3/29/19       Page    1  
Primary Account    XXXXXXX0768

## CHECKING ACCOUNT

| ABSOLUTELY FREE BUSINESS CKING | | Images | 6 |
|---|---|---|---|
| Account Number | XXXXXXX0768 | Statement Dates  3/01/19 thru 3/31/19 | |
| Previous Balance | 7,519.76 | Days in this Statement Period | 31 |
| 4 Deposits/Credits | 4,224.35 | Avg Ledger Balance | 8,236.23 |
| 3 Checks/Debits | 2,758.56 | Avg Collected Balance | 7,874.11 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 8,985.55 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 3/08 | DEPOSIT | | | 1,740.00 |
| 3/13 | SQUARE INC | 190313P2 | PPD | 482.35 |
| 3/22 | DEPOSIT | | | 1,012.00 |
| 3/29 | DEPOSIT | | | 990.00 |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 3/12 | 1104 | 1,106.04 | 3/19 | 1106 | 1,052.60 |
| 3/22 | 1105 | 599.92 | | | |

* Denotes missing check numbers

 e|statement

*Capital City Bank OnLine*

```
REGISTER COMMUNICATIONS INC.          Date   3/29/19       Page      2
1691 FORSYTH ST                       Primary Account      XXXXXXX0768
MACON GA 31201-1407
```

ABSOLUTELY FREE BUSINESS CKING          XXXXXXX0768   (Continued)

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 7,519.76 | 3/13 | 8,636.07 | 3/29 | 8,985.55 |
| 3/08 | 9,259.76 | 3/19 | 7,583.47 | | |
| 3/12 | 8,153.72 | 3/22 | 7,995.55 | | |

------------END OF STATEMENT----------



Deposit   Date: 03/08   Amount: $1,740.00

Deposit   Date: 03/22   Amount: $1,012.00

Deposit   Date: 03/29   Amount: $990.00

Check   1104   Date: 03/12   Amount: $1,106.04

Check   1105   Date: 03/22   Amount: $599.92

Check   1106   Date: 03/19   Amount: $1,052.60

REGISTER COMMUNICATIOINS

| Date | Check # | Payee | Chk Amt | Dep Amt | Balance |
|---|---|---|---|---|---|
| 3/7/19 | 1104 | Hargray Remittance Center | 1106.04 | | 4,549.00 |
| 3/8/19 | | Deposit | | 1,740.00 | 6,289.00 |
| 3/12/19 | 1105 | Auto Owners Insurance | 599.92 | | 5,689.08 |
| 3/12/19 | 1106 | The Hartford(Insurance) | 1052.6 | | 4,636.48 |
| 3/22/19 | | Deposit | | 1,012.00 | 5,648.48 |
| 3/29/19 | | Deposit | | 990.00 | 6,638.48 |

*Handwritten annotations:* 2,758.56 ; 482.35 3/13 ; 7/20.83

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S BUSINESS MONTHLY OPERATING REPORT

upon the following:

>Elizabeth Hardy, Esq.
>440 MLK Jr. Blvd., Suite 302
>Macon GA 31201

via the court's electronic notification system this 17th day of April, 2019.

_____
ALEX PAUL