# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| REGISTER COMMUNICATIONS, INC., : | |
| : | CASE NO. 15-52823 |
| Debtor : | |

## DEBTOR'S MOTION TO DISMISS

COMES NOW Register Communication, Inc., Debtor, and in support of its motion to dismiss, respectfully shows as follows:

1.

On December 9, 2015, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.

Debtor wishes to dismiss its Chapter 11 case. Its major creditor has been granted stay relief to foreclose on all, or most of, Debtor's assets.

3.

If the case were converted to chapter 7, there would be no dividend to general unsecured creditors.

4.

Dismissal is in the best interest of creditors and Debtor.

WHEREFORE, Debtor respectfully requests that the above-referenced case be dismissed and that it have such other and further relief as is just and proper.

BOYER TERRY LLC
By: /s/

WESLEY J. BOYER
State Bar No. 073126
Attorney for Debtor
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
(478) 742-6481
Wes@BoyerTerry.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S MOTION TO DISMISS

upon the following:

all creditors and parties-in-interest
as listed on the attached matrix

by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto this 24th day of April, 2019.

_____
WESLEY J. BOYER

```
Label Matrix for local noticing          Boyer Law Firm, L.L.C.                  Federal Communications Commission
113G-5                                    c/o Wesley J Boyer                      c/o United States Attorney's Office
Case 15-52823                             348 Cotton Avenue                       P.O. Box 1702
Middle District of Georgia                Ste 200                                 Macon, GA 31202-1702
Macon                                     Macon, GA 31201-7305
Tue Apr 23 16:09:18 EDT 2019

Green Bull Georgia Partners, LLC.         Heritage Capital Group, Inc.            (p)INTERNAL REVENUE SERVICE
P.O. BOX 1606                             4417 Beach Boulevard, #302              CENTRALIZED INSOLVENCY OPERATIONS
240 THIRD STREET                          Jacksonville, FL 32207-9404             PO BOX 7346
MACON, GA 31201-3310                                                              PHILADELPHIA PA 19101-7346


James Bates Brannan Groover               James, Bates, Brannan, Groover, LLC     Macon-Bibb County Tax Commissioner
231 Riverside Drive                       231 Riverside Drive                     Lisenby & Associates, LLC
Suite 100                                 Macon, GA 31201-3416                    P.O. Box 4101
Macon, GA 31201-3416                                                              Macon, GA 31208-4101


McCallar Law Firm                         Register Communications, Inc.           Southernaire Music Company
PO Box 9026                               1691 Forsyth Street                     4452 Bibb Blvd.
Savannah, GA 31412-9026                   Macon, GA 31201-1494                    Tucker, GA 30084-6235


(p)U S SECURITIES AND EXCHANGE COMMISSION Ventura Media Communications, LLC      Victor Smith Law Group, P.A.
ATLANTA REG OFFICE AND REORG              3619 E. Ventura Ave.                    55 Fifth Street, NW
950 E PACES FERRY RD NE STE 900           Fresno, CA 93702-3251                   Winter Haven, FL 33881-4672
ATLANTA GA 30326-1382


Wilkinson Barker Knauer LLP               5                                       Audrey Morgan
c/o Law Offices of Henry F. Sewell, Jr.   433 Cherry Street                       c/o Kara Davis, Stanley Esrey & Buckley
Suite 200                                 P.O. Box 1957                           1230 Peachtree St., NE
3343 Peachtree Road                       Macon, GA 31202-1957                    Promenade, Ste. 2400
Atlanta, GA 30326-1420                                                            Atlanta GA 30309-3574


Bibb County Tax Commissioner              ComDoc                                  Cox Business
P.O. Box 4724                             P.O. Box 22728                          P.O. Box 1259
Macon, GA 31208-4724                      Savannah, GA 31403-2728                 Dept. #103047
                                                                                  Oaks, PA 19456-1259


De Lage Landen Financial Services         De Lage Landen Financial Services       GREEN BULL GEORGIA PARTNERS, LLC
1111 Old Eagle School Road                PO BOX 41602                            c/o John T. McGoldrick, Jr.
Wayne, PA 19087-1453                      Philadelphia, PA 19101-1602             Martin Snow, LLP
                                                                                  P.O. Box 1606
                                                                                  Macon, Georgia  31202-1606


Green Bull Georgia Partners, LLC          Janice J. Register                      Janice Register
526 E. Superior Ave., Suite 1200          208 Park View                           208 Park View Court
Cleveland, OH 44114-1902                  Lizella, GA 31052-3621                  Lizella, GA 31052-3621


Lowell L. Register                        Lowell L. Register                      Lowell L. Register, Sr.
208 Park View                             Janice J. Register                      208 Park View Court
Lizella, GA 31052-3621                    c/o Thomas C. James, III                Lizella, GA 31052-3621
                                          James Bates Brannan Groover LLP
                                          231 Riverside Drive, Suite 100
                                          Macon, GA 31201-3416
```

| | | |
|---|---|---|
| Macon-Bibb County Tax Commissioner<br>c/o Blake Edwin Lisenby<br>Lisenby & Associates, LLC<br>P.O Box 4101<br>Macon, GA 31208-4101 | Office of U.S. Trustee<br>c/o Elizabeth A. Hardy<br>Assistant U.S. Trustee<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 | Office of U.S. Trustee<br>c/o Robert G. Fenimore<br>Trial Attorney<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 |
| P.O. Box 9026<br>Savannah, GA 31412-9026 | Pitney Bowes<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Radio Peach, Inc.<br>1691 Forsyth St.<br>Macon, GA 31201-1407 |
| Radio Perry, Inc.<br>1691 Forsyth St.<br>Macon, GA 31201-1407 | Ray Rosenblum<br>Media Broker/Consultant/Appraiser<br>PO Box 38296<br>Pittsburgh, PA 15238-8296 | Southernaire Music Company<br>Kara A. Davis Stanley Esrey & Buckley LL<br>1230 Peachtree Street, NE<br>Promenade, Suite 2400<br>Atlanta, Georgia 30309-3574 |
| The Accident Fund<br>PO Box 40790<br>Lansing, MI 48901-7990 | The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | Thomas C. James, III<br>James Bates Brannan Groover, LLP<br>231 Riverside Dr., Suite 100<br>Macon, GA 31201-3416 |
| U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 | Ventura Media Communications, LLC<br>c/o Eugene S. Hatcher<br>Anderson Walker & Reichert LLP<br>P. O. Box 6497<br>Macon, GA 31208-6497 | Wilkinson Barker Knauer LLP<br>c/o Henry F. Sewell, Jr.<br>Law Offices of Henry F. Sewell, Jr., LLC<br>Suite 200, 3343 Peachtree Road<br>Atlanta, Georgia 30326-1420 |
| Wilkinson Barker Knauer LLP<br>c/o Henry F. Sewell, Jr.<br>Suite 200, 3343 Peachtree Road<br>Atlanta, Georgia 30326-1420 | C. James McCallar Jr.<br>McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412-9026 | Janice J. Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 |
| Lowell L Register<br>208 Parkview Court<br>Lizella, GA 31052-3621 | Tanner Bishop<br>One Independent Drive<br>Suite 1700<br>Jacksonville, FL 32202-5015 | Tiffany E. Caron<br>McCallar Law Firm<br>P.O. Box 9026<br>Savannah, GA 31412-9026 |
| Wesley J. Boyer<br>Boyer Terry LLC<br>348 Cotton Avenue<br>Ste 200<br>Macon, GA 31201-7305 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>Insolvency Unit<br>P.O. Box 21125<br>Philadelphia, PA 19114 | U.S. Securities and Exchange Commission<br>Suite 1000<br>3475 Lenox Road, NE<br>Atlanta, GA 30326-1232 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)James-Bates-Brannan-Groover-LLP<br>231 Riverside Dr., Suite 100<br>Macon, GA 31201-3416 | End of Label Matrix<br>Mailable recipients   51<br>Bypassed recipients    1<br>Total                 52 |