## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| REGISTER COMMUNICATIONS, INC., | : | |
| | : | CASE NO. 15-52823 |
| Debtor | : | |

---

### NOTICE OF TIME TO RESPOND

---

REGISTER COMMUNICATIONS, INC., DEBTOR, HAS FILED DOCUMENTS WITH THE COURT TO VOLUNTARILY DISMISS ITS CASE.

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then you or your attorney shall file with the court a written objection or response on or before **May 15, 2019,** pursuant to FRBP 9006(f). If you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
PO Box 1957
Macon, Georgia 31202

**If an objection or response is filed, a hearing on the motion shall be held on:**

**June 25, 2019 at 10:00 a.m. at the**
**United States Bankruptcy Court, Courtroom B, 433 Cherry Street, Macon, Georgia.**

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to local Rule 9004-1.

Dated this 24th day of April, 2019.

BOYER TERRY LLC
By:

_____

WESLEY J. BOYER
Attorney for Debtor
State Bar No. 073126
355 Cotton Avenue
Macon, Georgia 31201
(478) 742-6481
Wes@BoyerTerry.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

NOTICE OF TIME TO RESPOND

upon the following:

all creditors and parties-in-interest
as listed on the attached matrix

by depositing a copy of the same in the United States mail, first class, in a properly addressed

envelope with sufficient postage affixed thereto this 24th day of April, 2019.


_____
WESLEY J. BOYER

Label Matrix for local noticing
113G-5
Case 15-52823
Middle District of Georgia
Macon
Tue Apr 23 16:09:18 EDT 2019

Boyer Law Firm, L.L.C.
c/o Wesley J Boyer
348 Cotton Avenue
Ste 200
Macon, GA 31201-7305

Federal Communications Commission
c/o United States Attorney's Office
P.O. Box 1702
Macon, GA 31202-1702

Green Bull Georgia Partners, LLC.
P.O. BOX 1606
240 THIRD STREET
MACON, GA 31201-3310

Heritage Capital Group, Inc.
4417 Beach Boulevard, #302
Jacksonville, FL 32207-9404

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James Bates Brannan Groover
231 Riverside Drive
Suite 100
Macon, GA 31201-3416

James, Bates, Brannan, Groover, LLC
231 Riverside Drive
Macon, GA 31201-3416

Macon-Bibb County Tax Commissioner
Lisenby & Associates, LLC
P.O. Box 4101
Macon, GA 31208-4101

McCallar Law Firm
PO Box 9026
Savannah, GA 31412-9026

Register Communications, Inc.
1691 Forsyth Street
Macon, GA 31201-1494

Southernaire Music Company
4452 Bibb Blvd.
Tucker, GA 30084-6235

(p) U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Ventura Media Communications, LLC
3619 E. Ventura Ave.
Fresno, CA 93702-3251

Victor Smith Law Group, P.A.
55 Fifth Street, NW
Winter Haven, FL 33881-4672

Wilkinson Barker Knauer LLP
c/o Law Offices of Henry F. Sewell, Jr.
Suite 200
3343 Peachtree Road
Atlanta, GA 30326-1420

5
433 Cherry Street
P.O. Box 1957
Macon, GA 31202-1957

Audrey Morgan
c/o Kara Davis, Stanley Esrey & Buckley
1230 Peachtree St., NE
Promenade, Ste. 2400
Atlanta GA 30309-3574

Bibb County Tax Commissioner
P.O. Box 4724
Macon, GA 31208-4724

ComDoc
P.O. Box 22728
Savannah, GA 31403-2728

Cox Business
P.O. Box 1259
Dept. #103047
Oaks, PA 19456-1259

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087-1453

De Lage Landen Financial Services
PO BOX 41602
Philadelphia, PA 19101-1602

GREEN BULL GEORGIA PARTNERS, LLC
c/o John T. McGoldrick, Jr.
Martin Snow, LLP
P.O. Box 1606
Macon, Georgia  31202-1606

Green Bull Georgia Partners, LLC
526 E. Superior Ave., Suite 1200
Cleveland, OH 44114-1902

Janice J. Register
208 Park View
Lizella, GA 31052-3621

Janice Register
208 Park View Court
Lizella, GA 31052-3621

Lowell L. Register
208 Park View
Lizella, GA 31052-3621

Lowell L. Register
Janice J. Register
c/o Thomas C. James, III
James Bates Brannan Groover LLP
231 Riverside Drive, Suite 100
Macon, GA 31201-3416

Lowell L. Register, Sr.
208 Park View Court
Lizella, GA 31052-3621

Macon-Bibb County Tax Commissioner
c/o Blake Edwin Lisenby
Lisenby & Associates, LLC
P.O Box 4101
Macon, GA 31208-4101

Office of U.S. Trustee
c/o Elizabeth A. Hardy
Assistant U.S. Trustee
440 MLK Jr. Blvd Ste 302
Macon, GA 31201-7987

Office of U.S. Trustee
c/o Robert G. Fenimore
Trial Attorney
440 MLK Jr. Blvd Ste 302
Macon, GA 31201-7987

P.O. Box 9026
Savannah, GA 31412-9026

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA  15250-7887

Radio Peach, Inc.
1691 Forsyth St.
Macon, GA 31201-1407

Radio Perry, Inc.
1691 Forsyth St.
Macon, GA 31201-1407

Ray Rosenblum
Media Broker/Consultant/Appraiser
PO Box 38296
Pittsburgh, PA 15238-8296

Southernaire Music Company
Kara A. Davis Stanley Esrey & Buckley LL
1230 Peachtree Street, NE
Promenade, Suite 2400
Atlanta, Georgia 30309-3574

The Accident Fund
PO Box 40790
Lansing, MI 48901-7990

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

Thomas C. James, III
James Bates Brannan Groover, LLP
231 Riverside Dr., Suite 100
Macon, GA 31201-3416

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

Ventura Media Communications,LLC
c/o Eugene S. Hatcher
Anderson Walker & Reichert LLP
P. O. Box 6497
Macon, GA 31208-6497

Wilkinson Barker Knauer LLP
c/o Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 200, 3343 Peachtree Road
Atlanta, Georgia 30326-1420

Wilkinson Barker Knauer LLP
c/o Henry F. Sewell, Jr.
Suite 200, 3343 Peachtree Road
Atlanta, Georgia 30326-1420

C. James McCallar Jr.
McCallar Law Firm
P.O. Box 9026
Savannah, GA 31412-9026

Janice J. Register
208 Parkview Court
Lizella, GA 31052-3621

Lowell L Register
208 Parkview Court
Lizella, GA 31052-3621

Tanner Bishop
One Independent Drive
Suite 1700
Jacksonville, FL 32202-5015

Tiffany E. Caron
McCallar Law Firm
P.O. Box 9026
Savannah, GA 31412-9026

Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201-7305

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Insolvency Unit
P.O. Box 21125
Philadelphia, PA 19114

U.S. Securities and Exchange Commission
Suite 1000
3475 Lenox Road, NE
Atlanta, GA 30326-1232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)James-Bates-Brannan-Groover-LLP
231 Riverside Dr., Suite 100
Macon, GA 31201-3416

End of Label Matrix
Mailable recipients      51
Bypassed recipients       1
Total                    52